# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESTERN ACCEPTANCE, LLC, | ) | Case No.: 1:16-cv-00883 LJO JLT |
| Plaintiffs, | ) ) | ORDER CLOSING CASE |
| v. | ) ) | (Doc. 8) |
| FAYE PYLE-MORERO, | ) ) | |
| Defendant. | ) ) | |

On August 9, 2016, the plaintiff filed a notice of voluntary dismissal. It relies on Fed.R.Civ.P. 41(a)(1)(A)(i), under which "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." (Doc. 8) Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated: **August 10, 2016**         /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE